**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**DENNIS J. LAWRENCE**                                                                                    **PLAINTIFF**

V.                              **CASE NO. 1:06CV00012-BD**

**JO ANNE B. BARNHART,**
**Commissioner, Social Security Administration**                                **DEFENDANT**

## JUDGMENT

Pursuant to the Order (#13) filed in this matter on January 26, 2007, it is considered, ordered and adjudged that the decision of the Commissioner is affirmed and that Plaintiff's complaint is dismissed with prejudice.

IT IS SO ORDERED this 15th day of February, 2007.

_____
U. S. MAGISTRATE JUDGE